**David Ray STUCKEY, Plaintiff-Appellant,**

v.

**Sam STUCKEY, Defendant-Respondent.**

**No. 12554.**

Missouri Court of Appeals,
Southern District,
Division Three.

Jan. 29, 1982.

John P. Heisserer, Thomas L. Arnold, P. C., Benton, for plaintiff-appellant.

David E. Blanton, Blanton, Rice, Sickal, Gilmore & Winchester, Sikeston, for defendant-respondent.

PER CURIAM.

Defendant filed a motion for directed verdict at the close of plaintiff's case in this personal injury action. The court sustained the motion and made a docket entry to that effect. The record reflects the entry of no judgment for defendant consistent with the

bare docket entry ruling the motion. Such recital does not constitute a final judgment nor an otherwise appealable order. § 512.-020, RSMo 1978; *Herndon v. Ford*, 470 S.W.2d 168 (Mo.App.1971). The prematurity of this appeal goes to appellate jurisdiction which this court has a duty to ascertain sua sponte. *City of Sikeston v. Missouri Utilities Co.*, 526 S.W.2d 401 (Mo.App.1975).

The appeal is dismissed.

FLANIGAN, Judge, dissenting.

For the reasons set forth in my dissenting opinion in *Gothard v. Spradling*, 561 S.W.2d 448, 450 (Mo.App.1978) I respectfully dissent.